THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| GAMINI PEMASIRI WATAGODAPITIYE GEDARA, and NANDA KUMARI EKANAYAKE MUDIY ANSELA,<br><br>Plaintiffs,<br><br>v.<br><br>Snap Advances LLC, a Utah limited liability company,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING [18] REPORT AND RECOMMENDATION**<br><br>Case No. 2:20-cv-00572-DBB-DBP<br><br>District Judge David Barlow<br><br>Magistrate Judge Dustin B. Pead |

The Report and Recommendation[1] issued by United States Magistrate Judge Dustin B. Pead on April 30, 2021 recommends that Defendant's Motion to Dismiss be granted.[2] The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.[3] No party filed an objection.

Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because the analysis and conclusions of the Magistrate Judge are sound, the Report and Recommendation of Magistrate Judge Pead is adopted.

---

[1] Report and Recommendation, ECF No. 18, filed April 30, 2020.

[2] *Id.* at 7.

[3] *Id.*

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation[4] is ADOPTED.

Defendant's Motion to Dismiss is GRANTED.

Signed June 2, 2021.

BY THE COURT

_____
David Barlow
United States District Judge

---

[4] Report and Recommendation, ECF No. 18, filed April 30, 2021.